# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER - FAILURE TO FILE REQUIRED PAPER COPIES

November 4, 2022

| No. 22-2084 | JOHNNY J. JONES,<br>        Petitioner - Appellant<br><br>v.<br><br>LIZZIE TEGELS,<br>        Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-00712-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig ||

**To:**

    David Malkus
    OFFICE OF THE WISCONSIN STATE PUBLIC DEFENDER
    735 N. Water Street
    Suite 912
    Milwaukee, WI 53202-0000

The Appellant Reply brief was electronically filed on October 26, 2022. The paper copies of this brief were due to be submitted to the Clerk's Office by November 2, 2022. The paper copies have not been received by this court.

Pursuant to the [Electronic Case Filing Procedures (h)(2)](#):

> Filers are also required to submit the necessary number of duplicate paper copies of briefs, appendices and petitions for rehearing, in accordance with [Fed. R. App. P. 30(a)(3)](#) and [Circuit Rules 31(b)](#) and [40(b).](#) Duplicate paper copies must be received by the Clerk within seven days of the Notice of Docket Activity generated upon acceptance of the electronic brief or appendices. Duplicate paper copies of petitions for rehearing must be submitted within three days of the Notice of Docket Activity. [amended 05/24/2011]

Submission of the paper copies of the briefs must be accomplished within three (3) days of this notice or the court may issue a Rule of Show Cause order pursuant to Circuit Rule 31.

form name: **c7_Brief_Deficiency_Ltr_PaperCopies**   (form ID: **243**)